# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# SOUTHERN DIVISION

| | |
|---|---|
| Atrium 5 Limited, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: 1:10-CV-80 CLC/SKL |
| | ) |
| Double O Country Club, Sunny P. Orr, Justin R. Greeno, and Christina N. Bradley, | ) ) ) |
| | ) |
| Defendants. | ) |

## RULE 41 STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Atrium 5 Limited and Defendants Double O Country Club, Sunny P. Orr, Justin R. Greeno, and Christina N. Bradley, in the above-styled action, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, and jointly file this Stipulation of Dismissal With Prejudice of the above-styled action. Court costs should be assessed to the Plaintiff, but Plaintiff and Defendants have agreed that each party will be responsible for its own discretionary costs. Plaintiff and Defendants represent that they are the only parties in the above-styled action.

[SIGNATURES ON FOLLOWING PAGE]

Respectfully submitted this 12th day of October 2010.

/s/Nanette L. Wesley
Nanette L. Wesley
Tennessee Bar No. 19197 (admitted pro hac vice)
Email: nwesley@fieldshowell.com

**FIELDS HOWELL**  *Attorney for Atrium 5 Limited*
191 Peachtree Street, N.E.
Suite 4600
Atlanta, GA 30303
Telephone: 404.214.1250
Facsimile: 404.214.1251

/s/Charles C. Burks, Jr.
Charles C. Burks, Esq.
*(by Nanette L. Wesley w/express permission)*

**Justice, Noel & Burks**  *Attorney for Double O Country Club* 1816
West Clinch Avenue  *Sunny P. Orr*
Knoxville, TN 37916-2504
Telephone: (865) 546-8525

/s/Joseph D. DeGaetano
Joseph D. DeGaetano, Esq.
*(by Nanette L. Wesley w/express permission)*
19 North Market Street  *Attorney for Christina N. Bradley*
Chattanooga, TN 37405
Telephone: (423) 255-7642

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

| | |
|---|---|
| Atrium 5 Limited, | ) |
|       Plaintiff, | ) |
| v. | ) CASE NO.: 1:10-CV-80 CLC/SKL |
| Double O Country Club, Sunny P. Orr, Justin R. Greeno, and Christina N. Bradley, | ) |
|       Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **RULE 41 STIPULATION OF DISMISSAL WITH PREJUDICE** as served through the CM/ECF system on the following counsel:

| | |
|---|---|
| Joseph D. DeGaetano, Esq., | Charles C. Burks, Esq. |
| 419 North Market Street | Justice, Noel & Burks |
| Suite 210 | 1816 West Clinch Avenue |
| Chattanooga, TN 37405 | Knoxville, TN 37916-2504 |
| | Telephone: (865) 546-8525 |
| *Attorney for Christina N. Bradley* | *Attorney for Double O Country Club and Sunny P. Orr* |

Dated this 12th day of October, 2010.

FIELDS HOWELL

/s/ Nanette L. Wesley_____
Nanette L. Wesley
Tennessee Bar No. 19197